■ In the Matter of MARIA SICURELLA, Respondent, v ERWIN EMBRO, Appellant. [819 NYS2d 75]—

In a support proceeding pursuant to Family Court Act article 4, the father appeals from an order of the Supreme Court, Suffolk County (Farneti, J.), dated November 17, 2004, which, after a hearing, directed him to pay weekly child support in the sum of $222.52.

Ordered that the order is affirmed, without costs or disbursements.

The father contends that the court erred in denying his request to adjourn a support hearing so that he could obtain new counsel. The granting of an adjournment is addressed to the sound discretion of the court (*see Matter of Anthony M.,* 63 NY2d 270, 283 [1984]). In making such a determination, the court must undertake a balanced consideration of all relevant factors (*see Matter of Claburn v Claburn,* 128 AD2d 937 [1987]). Given the numerous prior adjournments and the extensive delays in this proceeding, as well as the father's history of discharging counsel, the court providently exercised its discretion in denying him a further adjournment and in directing that the support hearing go forward (*see generally Pitts v City of Buffalo,* 19 AD3d 1030 [2005]; *Betro v Carbone,* 5 AD3d 1110 [2004]).

The father's remaining contentions are unpreserved for appellate review and, in any event, are without merit. Florio, J.P., Krausman, Mastro and Dillon, JJ., concur.